IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUFUS A. BOONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-835-ECM |
| ZACHERY and MITZI CORSINO, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OPINION and ORDER**

On October 22, 2020, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED before service of process for lack of subject matter jurisdiction over the Plaintiff's claims.

A separate Final Judgment will be entered.

Done this 18th day of December, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE